Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Scott A Carson
      Lisa S Carson
           Debtor(s)

SSN/TAX ID:
      xxx−xx−9923
      xxx−xx−4606

Case No.: 2:09−bk−56031

Chapter: 13

Judge: Charles M Caldwell

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by eCAST Settlement Corporation c/o Bass & Associates, P.C. for the transfer of a claim originally filed by HSBC Bank Nevada, N.A. Bass & Associates, P.C..

The transfer/assignment designates Capital One, N.A. c/o Bass & Associates, P.C. as the transferor and eCAST Settlement Corporation c/o Bass & Associates, P.C. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is May 9, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: April 18, 2013

                              FOR THE COURT:
                              Kenneth Jordan
                              Clerk, U.S. Bankruptcy Court